UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62625-CIV-SMITH

MARCOS VELEZ and NERVA GARCIA,

    Plaintiffs,

v.

NUGENEREX DIAGNOSTIC, LLC, *et al.*,

    Defendants.
_____/

## ORDER

This matter is before the Court on Magistrate Judge Valle's Report and Recommendation [DE 48], recommending approval of the Settlement Agreement between Plaintiff Nerva Garcia and Defendants NuGenerex Diagnostic, Generex Biotechnology Corporation, and Joseph Moscato, in this Fair Labor Standards Act case. Upon consideration, it is

**ORDERED** that the Report and Recommendation [DE 48] is **AFFIRMED AND ADOPTED**:

    1. the Joint Motion for Approval of Settlement Agreement [DE 47] is **GRANTED** and the Settlement Agreement is **APPROVED.** Except as otherwise provided in the Settlement Agreement, each party to the agreement will bear its own fees and costs;

    2. this case is **DISMISSED WITH PREJUDICE** <u>as to Plaintiff Nerva Garcia, only</u>; and

    3. the Court retains jurisdiction until **<u>January 31, 2021</u>,** to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of October 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE