UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62625-CIV-SMITH/VALLE

MARCOS VELEZ, *et al.*,

    Plaintiffs,

v.

NUGENEREX DIAGNOSTICS, LLC, *et al*,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 74], in which the Magistrate Judge recommends granting the parties' Joint Motion for Magistrate Judge Approval of Settlement Agreement for Plaintiff Velez's Claims Against Defendants and for Order Dismissing with Prejudice All Claims Brought by Plaintiff Against Defendants [DE 69]. No objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation, the record, and given the parties did not object, it is

**ORDERED** that:

1. The Report and Recommendation to District Judge [DE 74] is **AFFIRMED** and **ADOPTED**.

2. The parties' Joint Motion for Magistrate Judge Approval of Settlement Agreement for Plaintiff Velez's Claims Against Defendants and for Order Dismissing with Prejudice all Claims Brought by Plaintiff Against Defendants [DE 69] is **GRANTED**.

3. The Court will retain jurisdiction over this case for sixty (60) days for the limited purpose of enforcing the parties' Settlement Agreement.

4. This case is **DISMISSED with prejudice**.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 10th day of May, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     All parties of record